# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

149407-8(88)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

LOWE'S HOME CENTERS, INC.,
        Petitioner-Appellee,

v

TOWNSHIP OF MARQUETTE,
        Respondent-Appellant.

SC:  149407
COA:  314111
MTT:  00-385768

_____/

HOME DEPOT USA, INC.,
        Petitioner-Appellee,

v

TOWNSHIP OF BREITUNG,
        Respondent-Appellant.

SC:  149408
COA:  314301
MTT:  00-366428

_____/

On order of the Court, the motion for reconsideration of this Court's December 23, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



Clerk

p0323